DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

EDMUND G. BROWN, Jr.
Attorney General of California
MARIA CHAN, Bar #
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244
Telephone: (916) 323-1940

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK LOPEZ,** | NO. CIV-S-07-0226 FCD CMK P |
| Petitioner, | |
| v. | **JOINT REQUEST FOR STAY OF THE PROCEEDINGS; DECLARATION OF MONICA KNOX;  ORDER** |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

  Petitioner, Frank Lopez, by and through counsel, Assistant Federal Defender Monica Knox, and Respondent, Warden D.K. Sisto, by and through counsel, Deputy Attorney General Maria Chan, hereby make this joint request for a stay of the proceedings in this matter pending petitioner's challenge to a 2007 action by the Governor, reversing a Board of Parole Hearings

///

///

1  decision finding petitioner suitable for parole. This request is based on the attached
2  declaration of Monica Knox.

                          Respectfully submitted,

                          DANIEL BRODERICK
                          Federal Defender

Dated: April ___, 2007          /s/ *Monica Knox*
                          MONICA KNOX
                          Assistant Federal Defender

                          Attorneys for Petitioner

                          EDMUND G. BROWN, Jr.
                          Attorney General of the State of California

Dated: April ___, 2007          /s/ *Maria Chan*
                          MARIA CHAN
                          Deputy Attorney General

                          Attorneys for Respondent

**DECLARATION OF MONICA KNOX**

I, Monica Knox, declare as follows:

I am an attorney licensed to practice in the State of California and admitted to practice in the Eastern District. I am an Assistant Federal Defender and, in that capacity, represent petitioner in this matter.

Petitioner is a life prisoner in the state of California. He is serving a term of 16 years to life for his 1980 conviction of second degree murder with the use of a knife. He has been eligible for parole since 1990. In 2005, at petitioner's ninth parole suitability hearing, the Board of Parole Hearings found petitioner unsuitable for parole, as it had at all his prior hearings. In this pending federal habeas proceeding, petitioner challenges that decision as violating his constitutional rights.

Petitioner had a subsequent parole suitability hearing on October 19, 2006. At that hearing, the Board found petitioner suitable for parole. On March 16, 2007, however, the Governor reversed that decision.

Petitioner will be filing a challenge to the Governor's action in reversing the grant of parole. If petitioner is successful in that challenge, he will be released from prison and the pending matter will be moot.

I have thus discussed this matter with Deputy Attorney General Maria Chan, counsel for respondent. We agree that, to conserve judicial and attorney resources, this matter should be stayed pending resolution of petitioner's challenge to the recent action by the Governor.

Pursuant to this Court's February 21, 2007 order, the parties are to file a joint scheduling statement by April 8, 2007. In light of the parties' request that the matter be stayed, Ms. Chan and I are filing the request for stay in lieu of the joint scheduling statement.

For the foregoing reasons, I request that this matter be stayed pending the resolution of petitioner's challenge to the March 2007 action by the Governor. I will notify the Court within ten days of the resolution of that challenge.

1  I declare under penalty of perjury the foregoing is true and correct.

2  Executed this 3rd day of April, 2007, at Sacramento, California.

3

4  _____ /s/ *Monica Knox*
   MONICA KNOX

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
FRANK LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK LOPEZ,** , <br>         Petitioner, <br>    v. <br> **D.K. SISTO, Warden,** <br>         Respondent. <br> _____ | NO. CIV-S-07-0226 FCD-CMK P <br><br> **ORDER** |

GOOD CAUSE APPEARING, this matter is stayed pending resolution of petitioner's challenge to the 2007 action by the Governor in reversing the grant of parole. Petitioner is to notify the Court within ten days of the resolution of that challenge.

DATED: April 3, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

5