EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JENNIFER A. NEILL, State Bar No. 184697
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-1940
 Fax:  (916) 322-8288
 E-mail:  Maria.Chan@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK LOPEZ,**<br><br>                              Petitioner,<br><br>         **v.**<br><br>**TOM CAREY, Warden,**<br><br>                              Respondent. | 2:07-cv-00226-FCD-CMK<br><br>**STIPULATION OF DISMISSAL; AND ORDER** |

1

Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), the parties hereby stipulate to dismissal of this action. Petitioner has been released from prison, thus, the issue is this habeas proceeding is moot.

**IT IS SO STIPULATED.**

April 23, 2010                              ___/s/ Maria G. Chan_____
                                            MARIA G. CHAN,
                                            Deputy Attorney General
                                            Attorney for Respondent

April 23, 2010                              ____/s/ Monica Knox_____
                                            MONICA KNOX
                                            Assistant Federal Defender
                                            Attorney for Petitioner

**IT IS SO ORDERED.**

Dated:  April 29, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

SA2007700217
30994874.doc